IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William P. Sawyer, *d/b/a* Sharonville Family Medicine,

    Plaintiff(s),

vs.

KRS Biotechnology, Inc., et al.,

    Defendant(s).

Case Number: 1:16cv550

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 19, 2019 (Doc. 57), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 5, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for summary judgment (Doc. 53) is GRANTED in part and DENIED in part, with damages limited to $500.00 on plaintiff's single TCPA (Telephone Consumer Protection Act) claim.

Defendant's cross-motion for partial summary judgment (Doc. 54) is GRANTED.

With the exception of the judgement to be entered in favor of plaintiff Sawyer and against defendant KRS in the amount of $500.00 on the single TCPA claim, all other claims and defendants are DISMISSED.

IT IS SO ORDERED.

                                       ___s/Susan J. Dlott_____
                                       Judge Susan J. Dlott
                                       United States District Court