IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William P. Sawyer, *d/b/a* Sharonville Family Medicine,

       Plaintiff(s),

vs.

KRS Biotechnology, Inc., et al.,

       Defendant(s)

Case Number: 1:16cv550

Judge Susan J. Dlott

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . plaintiff's motion for summary judgment (Doc. 53) is GRANTED in part and DENIED in part, with damages limited to $500.00 on plaintiff's single TCPA (Telephone Consumer Protection Act) claim.

Defendant's cross-motion for partial summary judgment (Doc. 54) is GRANTED.

With the exception of the judgement to be entered in favor of plaintiff Sawyer and against defendant KRS in the amount of $500.00 on the single TCPA claim, all other claims and defendants are DISMISSED.

3/12/19                                                            Richard Nagel, CLERK

                                                                               S/William Miller
                                                                               Deputy Clerk