## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 20, 2019

Mr. Sean Michael Ellsworth
Ellsworth Law Firm
1000 Fifth Street
Suite 223
Miami Beach, FL 33139

Mr. George D. Jonson
Matthew Elton Stubbs
Montgomery Jonson
600 Vine Street
Suite 2650
Cincinnati, OH 45202

Overnight Mail Via: Fed Ex
KRS Global Biotechnology, Inc.
Elsa Kerpi, Registered Agent
91 Park Commerce Boulevard, Suite 600
Boca Raton, FL 33487

     Re: Case No. 19-3312, *William Sawyer v. KRS Global Biotechnology, Inc., et al*
       Originating Case No. : 1:16-cv-00550

Dear Counsel,

 The Court issued the enclosed Order today in this case.

            Sincerely yours,

            s/Sharday S. Swain
            Case Manager
            Direct Dial No. 513-564-7027

cc: Mr. Richard W. Nagel

cc: Pharmacy Department Manager, Najum Choudhry, Rph., at KRS Global Biotechnology, Inc. via electronic mail on 11/20/19 to: najumchoudhry@krsbio.com

Enclosure

No. 19-3312

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 20, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| WILLIAM SAWYER d/b/a SHARONVILLE FAMILY PRACTICE, ) ) ) | |
| Plaintiff-Appellant, ) ) | O R D E R |
| v. ) ) | |
| KRS GLOBAL BIOTECHNOLOGY, INC., ) ) | |
| Defendant-Appellee. ) ) | |

BEFORE: MCKEAGUE, BUSH, and NALBANDIAN, Circuit Judges.

KRS Global is hereby ordered to respond to Mr. Ellsworth's Motion to Withdraw by Monday, November 25th, 2019. If KRS Global fails to respond by that date, this court will grant Mr. Ellsworth's Motion to Withdraw.

ENTERED BY ORDER OF THE COURT

_(signature)_ _____

Deborah S. Hunt, Clerk