Case No. 19-3312

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

WILLIAM P. SAWYER, individually and as the representative of a class of similary-situated persons, dba Sharonville Family Medicine

      Plaintiff - Appellant

v.

KRS GLOBAL BIOTECHNOLOGY, INC.; JOHN DOES 1-10

      Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                    **ENTERED BY ORDER OF THE COURT**
                                    Deborah S. Hunt, Clerk

Issued: December 06, 2019

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 06, 2019

Mr. George D. Jonson
Mr. Matthew Elton Stubbs
Montgomery Jonson
600 Vine Street
Suite 2650
Cincinnati, OH 45202

Re: Case No. 19-3312, *William Sawyer v. KRS Global Biotechnology, Inc., et al*
Originating Case No. : 1:16-cv-00550

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

cc: Mr. Richard W. Nagel

cc: Pharmacy Department Manager, Najum Choudhry, Rph., at KRS Global Biotechnology, Inc. via electronic mail on 12/06/19 to: najumchoudhry@krsbio.com

cc: KRS Global Biotechnology, Inc, Elsa Kerpi, Registered Agent via U.S. Mail on 12/06/19 to: 91 Park Commerce Boulevard, Suite 600, Boca Raton, FL 33487

Enclosure

No mandate to issue